NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>Defendants. | Case No. 2:20-CV-04673-RGK-AS<br><br>**[~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT PENDING APPOINTMENT OF LEAD PLAINTIFF PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT**<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom: 850 |

Presently before the Court is plaintiff Alex Swartzendruber, defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen ("Defendants"), Joint Stipulation to Extend Defendants' Time to Respond to the Complaint ("Stipulation").  Good cause appearing, the Court **GRANTS** the Stipulation.  Accordingly, as stipulated by the parties:

~~(1) Defendants need not respond to the current complaint;~~

~~(2) Within fourteen (14) days after appointment of the lead plaintiff(s) and the Court's approval of lead counsel, the lead plaintiff(s) and Defendants shall confer and propose to the Court a schedule for the filing of an amended pleading, or determination of the operative pleading, and the filing of Defendants' response(s) to the operative complaint whether by motion or otherwise; and~~

~~(3) All discovery and other proceedings shall be stayed during the pendency of Defendants' anticipated motion to dismiss.~~

**Defendants' time to respond to the complaint is continued until August 17, 2020.**

**IT IS SO ORDERED**.

Dated: July 24, 2020

By _____

Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT
2:20-CV-04673-RGK-AS