Robert V. Prongay (SBN 270796)
Charles H. Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Presumptive Lead Plaintiff
James Alpha Funds and Proposed Lead
Counsel for the Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>Defendants. | Case No. 2:20-cv-04673-RGK-AS<br><br>**JOINT STIPULATION REGARDING THE FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>The Hon. R. Gary Klausner |

STIPULATION

Presumptive Lead Plaintiff James Alpha Global Real Estate Investments Portfolio and James Alpha Multi Strategy Alternative Income Portfolio (together, the "James Alpha Funds" or "Presumptive Lead Plaintiff"); Plaintiff Alex Swartzendruber ("Swartzendruber" or "Plaintiff"); and Defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen ("Defendants") (together with the James Alpha Funds and Swartzendruber, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 26, 2020, Plaintiff filed a class action complaint (the "Initial Complaint," Dkt. No. 1) against Defendants, alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, the James Alpha Funds did not file and were not a named as plaintiffs in the Initial Complaint;

WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "PSLRA") requires that Plaintiffs alleging class action claims under the Exchange Act publish a notice advising members of the purported plaintiff class of the pendency of the action, and provides that any member of the purported class may move the court to serve as lead plaintiff of the purported class within sixty (60) days after the notice is published (15 U.S.C. § 78u-4(a)(3)(A));

WHEREAS, Plaintiff published the PSLRA-mandated notice on May 26, 2020 (*see* Dkt. No 33-1);

WHEREAS, on July 21, 2020, Plaintiff and Defendants filed a joint stipulation requesting that the Court delay Defendants' obligation to respond to the Initial Complaint until after a lead plaintiff is appointed, and permit the anticipated lead plaintiff and Defendants to submit a schedule for the filing of an amended complaint (Dkt. No. 25);

WHEREAS, on July 24, 2020, the Court entered an Order continuing Defendants' obligation to respond to the Initial Complaint until August 17, 2020 (Dkt. No. 26).

WHEREAS, on July 27, 2020, the James Alpha Funds and three other movants filed separate motions for appointment as lead plaintiff and approval of their selection of lead counsel as permitted by the PSLRA (Dkt. Nos. 27, 29, 31, 34);

WHEREAS, the three other movants have since withdrawn their motions or filed notices informing the Court that they do not oppose the James Alpha Funds' motion (*see* Dkt. Nos. 40, 42, 43), and the James Alpha Funds' motion is therefore unopposed (*see* Dkt. No. 44);

WHEREAS, the hearing on the James Alpha Fund's motion for appointment as lead plaintiff is set for August 31, 2020;

WHEREAS, the Presumptive Lead Plaintiff, James Alpha Funds, who were not a party to the Initial Complaint, have been actively investigating the class claims in this action and, if appointed as lead plaintiff, intend to file an amended complaint superseding the Initial Complaint filed by Plaintiff;

WHEREAS, Plaintiff, the Presumptive Lead Plaintiff, and Defendants have conferred regarding the schedule for the filing of an amended complaint and Defendants' anticipated response thereto, and have agreed on the following schedule;

WHEREAS, counsel for the Presumptive Lead Plaintiff has submitted a declaration herewith setting forth good cause and detailed reasons for the requested relief;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, as follows:

1.      Defendants shall not be required to respond to the Initial Complaint.

2.      The Court-appointed lead plaintiff shall file an amended complaint on or before September 21, 2020;

3.      Defendants shall answer, move against, or otherwise respond to the amended complaint on or before October 13, 2020;

4.    In the event that Defendants move to dismiss the amended complaint, the lead plaintiff shall file an opposition to the motion to dismiss on or before November 3, 2020; and Defendants shall file a reply to any opposition by November 17, 2020.

Dated:  August 13, 2020          **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

**FINKELSTEIN & KRINSK LLP**
Jeffrey R. Krinsk (SBN 109234)
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Email: jrk@classactionlaw.com

*Counsel for Presumptive Lead Plaintiff James Alpha Funds and Proposed Lead Counsel for the Class*

Dated:  August 13, 2020          **O'MELVENY & MYERS LLP**

By: *s/ Matthew W. Close*
Daniel M. Petrocelli
Matthew W. Close
Brittany Rogers
400 South Hope Street 18th Floor
Los Angeles, CA 90067
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
Email: brogers@omm.com

*Counsel for Defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen*

Dated:  August 13, 2020          **POMERANTZ LLP**

By: *s/ Alexander Hood II*
Jennifer Pafiti
Jeremy A. Lieberman J.
Alexander Hood II
Patrick V. Dahlstrom
1100 Glendon Avenue 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
Email: jpafiti@pomlaw.com

*Counsel for Plaintiff Alex Swartzendruber*

STIPULATION
4

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On August 13, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 13, 2020, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan