

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-04673-RGK-AS |
| Plaintiff, | **[PROPOSED] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |
| v. | |
| COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN, | The Hon. R. Gary Klausner |
| Defendants. | |

[PROPOSED] ORDER

Presently before the Court is the Joint Stipulation Regarding the Filing of an Amended Complaint and Motion to Dismiss Briefing Schedule (the "Stipulation"). Good cause appearing, the Court **GRANTS** the Stipulation. Accordingly, as stipulated by the parties:

1.     Defendants shall not be required to respond to the Initial Complaint (Dkt. No. 1).

2.     The Court-appointed lead plaintiff shall file an amended complaint on or before September 21, 2020;

3.     Defendants shall answer, move against, or otherwise respond to the amended complaint on or before October 13, 2020;

4.     In the event that Defendants move to dismiss the amended complaint, the lead plaintiff shall file an opposition to the motion to dismiss on or before November 3, 2020; and Defendants shall file a reply to any opposition by November 17, 2020.

**IT IS SO ORDERED**

Dated: _____

By _____
Honorable R. Gary Klausner
United States District Judge