Robert V. Prongay (SBN 270796)
Charles H. Linehan (SBN 307439)
Pavithra Rajesh (SBN 323055)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email: clinehan@glancylaw.com

*Counsel for Presumptive Lead Plaintiff*
*James Alpha Funds and Proposed Lead*
*Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>Defendants. | Case No. 2:20-cv-04673-RGK-AS<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE JOINT STIPULATION REGARDING THE FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE** |

DECLARATION

I, Charles H. Linehan, hereby declare as follows:

1.    I am an attorney at Glancy Prongay & Murray LLP ("GPM"), counsel for Presumptive Lead Plaintiff James Alpha Global Real Estate Investments Portfolio and James Alpha Multi Strategy Alternative Income Portfolio (together, the "James Alpha Funds" or "Presumptive Lead Plaintiff"). I make this Declaration in support of the Joint Stipulation Regarding the Filing of an Amended Complaint and Motion to Dismiss Briefing Schedule (the "Stipulation").

2.    I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

3.    The Parties[1] have agreed that they would, subject to the Court's approval, adhere to the following schedule:

a.    Once a lead plaintiff is appointed by the Court, the lead plaintiff will file an amended complaint on or before September 21, 2020;

b.    Defendants will answer, move against, or otherwise respond to the amended complaint on or before October 13, 2020;

c.    In the event that Defendants move to dismiss the amended complaint, the lead plaintiff will file an opposition to the motion to dismiss on or before November 3, 2020; and Defendants will file a reply to any opposition on or before November 17, 2020.

4.    Good cause exists for approving the proposed briefing schedule:

a.    Party and judicial resources will be conserved, and the progress of this case will be materially advanced if the Stipulation is granted. The order appointing a lead plaintiff has not yet been entered, but the James Alpha Funds appear to be the presumptive lead plaintiff. Defendants' response to the complaint (Dkt. No. 1, the "Initial Complaint") is currently due August 17, 2020. Defendants

---

[1] The "Parties" are the James Alpha Funds, Plaintiff Alex Swartzendruber, and Defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen ("Defendants").

have expressed that their response would be in the form of a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. If a motion to dismiss is filed, the James Alpha Funds intend to amend the complaint as a matter of right within twenty-one (21) days thereafter pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, provided that the James Alpha Funds have been appointed as lead plaintiff by that date. If the James Alpha Funds have not been appointed as lead plaintiff by that date, the James Alpha funds anticipate seeking leave to amend if they are appointed as lead plaintiff. As such, if Defendants were to file their motion to dismiss under the current deadline on August 17, 2020, the lead plaintiff would file an amended complaint, at the earliest, on September 8, 2020— effectively mooting Defendants' motion to dismiss the Initial Complaint, and rendering their counsel's efforts wasted. As such, requiring Defendants to respond to the Initial Complaint, and having the lead plaintiff file an amended complaint thereafter would hinder the progress of this case, waste judicial and Party resources, and result in duplicative litigation.

b.      Additional time is required for the Presumptive Lead Plaintiff to complete its ongoing investigation of Colony Capital, Inc. and the other Defendants, in order to file a more comprehensive and detailed amended complaint. This action involves allegedly fraudulent conduct spanning nearly nine months, from at least August 9, 2019 to May 7, 2020. Moreover, any complaint in this action is subject to the heightened pleading standards of Rule 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995. *See Applestein v. Medivation, Inc.*, 561 F. App'x 598, 600 (9th Cir. 2014). The James Alpha Funds, however, have not yet been afforded the opportunity to file a complaint in this action. The Initial Complaint was filed by Plaintiff Alex Swartzendruber and the James Alpha Funds were not named and did not join in the Initial Complaint. As such, the James Alpha Funds require additional to time to complete their investigation, including examination of witnesses, and further analysis of Securities

& Exchange Commission filings, conference calls, and news reports, before filing an amended complaint.

c.   This Stipulation is warranted in light of the Court's earlier scheduling Order. Plaintiff Alex Swartzendruber and Defendants submitted an earlier joint stipulation requesting that the Court delay Defendants' obligation to respond to the Initial Complaint until after a lead plaintiff is appointed, and permit the anticipated lead plaintiff and Defendants to submit a schedule for the filing of an amended complaint (Dkt. No. 25). The Court did not grant that stipulation as written (Dkt. No. 26). In contrast with the earlier stipulation, the instant Stipulation proposes a schedule consisting of dates certain. Moreover, the instant Stipulation is crafted to provide the Parties a short but manageable briefing schedule relative to the demands of this complex litigation.

I declare under penalty of perjury under the laws of the United States of America that forgoing is true and correct. Executed on August 13, 2020, in Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION

3

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On August 13, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 13, 2020, at Los Angeles, California.


*s/ Charles H. Linehan*
Charles H. Linehan