NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>          Defendants. | Case No. 2:20-cv-04673-RGK-AS<br><br>**[~~PROPOSED~~] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>The Hon. R. Gary Klausner |

[PROPOSED] ORDER

Presently before the Court is the Joint Stipulation Regarding the Filing of an Amended Complaint and Motion to Dismiss Briefing Schedule (the "Stipulation"). Good cause appearing, the Court **GRANTS** the Stipulation. Accordingly, as stipulated by the parties:

1.    Defendants shall not be required to respond to the Initial Complaint (Dkt. No. 1).

2.    The Court-appointed lead plaintiff shall file an amended complaint on or before **September 14, 2020**;

3.    ~~Defendants shall answer, move against, or otherwise respond to the amended complaint on or before October 13, 2020;~~

4.    ~~In the event that Defendants move to dismiss the amended complaint, the lead plaintiff shall file an opposition to the motion to dismiss on or before November 3, 2020; and Defendants shall file a reply to any opposition by November 17, 2020~~.

**IT IS SO ORDERED**

Dated: August 14, 2020

By _____
    Honorable R. Gary Klausner
    United States District Judge