DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants Colony Capital,
Inc., Thomas J. Barrack, Jr., Mark M.
Hedstrom, and Darren J. Tangen

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>Defendants. | Case No. 2:20-CV-04673-RGK-AS<br><br>**JOINT STIPULATION TO ENTER FINAL JUDGMENT**<br><br>[Proposed] Order of Final Judgement Filed Concurrently<br><br>Judge:      Hon. R. Gary Klausner<br>Courtroom:  850 |

Pursuant to Rule 7.1 of the Local Civil Rules for the United States District Court for the Central District of California, Lead Plaintiffs James Alpha Global Real Estate Investments Portfolio and James Alpha Multi Strategy Alternative Income Portfolio (together, the "James Alpha Funds" or "Lead Plaintiffs"), defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen ("Defendants"), by and through their respective attorneys, jointly state and move as follows:

WHEREAS, on December 10, 2020, the Court granted Defendants' Motion to Dismiss the Amended Complaint in its entirety, dismissing Lead Plaintiffs' entire action and terminating the case (ECF No. 55);

WHEREAS, the December 10, 2020 Order disposed of every pursued claim against Defendants;

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, that:

1. Final judgment shall be entered with prejudice against Lead Plaintiffs in this action and in favor of Defendants pursuant to Federal Rules of Civil Procedure 58 and 79, in the form of the Proposed Judgment submitted concurrently;

2. Each of the Parties, and his or its attorneys of record, complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure at all times in this action;

3. Lead Plaintiffs hereby agree to waive all rights to appeal this Order, the December 10, 2020 Order (ECF No. 55), and any other order in this action; and

4. Each of the Parties shall bear his or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: January 5, 2021 | | Daniel M. Petrocelli<br>Matthew W. Close<br>Brittany Rogers<br>O'MELVENY & MYERS LLP |

By: */s/ Matthew W. Close*
       Matthew W. Close

Attorneys for Defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen

Dated: January 5, 2021

Robert V. Prongay
Ex Kano S. Sams II
Charles H. Linehan
Pavithra Rajesh
GLANCY PRONGAY & MURRAY LLP

Jeffrey R. Krinsk
FINKELSTEIN & KRINSK LLP

By:   */s/ Ex Kano S. Sams II*
       Ex Kano S. Sams II

Attorneys for Lead Plaintiffs

**SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 5, 2021                **O'MELVENY & MYERS LLP**

By: */s/ Matthew W. Close*
      Matthew W. Close

Attorney for Defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen