DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700

MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Attorneys for Defendants Colony Capital,
Inc., Thomas J. Barrack, Jr., Mark M.
Hedstrom, and Darren J. Tangen

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SWARTZENDRUBER, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COLONY CAPITAL, INC., THOMAS J. BARRACK, JR., MARK M. HEDSTROM, and DARREN J. TANGEN,<br><br>　　　　　　　　Defendants. | Case No. 2:20-CV-04673-RGK-AS<br><br>**[PROPOSED] FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58**<br><br>Judge:　　　Hon. R. Gary Klausner<br>Courtroom:  850 |

Before the Court is Lead Plaintiffs James Alpha Global Real Estate Investments Portfolio and James Alpha Multi Strategy Alternative Income Portfolio (together, the "James Alpha Funds" or "Lead Plaintiffs"), defendants Colony Capital, Inc., Thomas J. Barrack, Jr., Mark M. Hedstrom, and Darren J. Tangen's ("Defendants", collectively with Lead Plaintiff, the "Parties") Joint Stipulation to Enter Final Judgment (the "Joint Stipulation").  The Court, having considered the Joint Stipulation, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

1.      Final judgment is hereby entered with prejudice against Lead Plaintiffs in this action and in favor of Defendants.

2.      The Court finds that each of the Parties, and his or its attorneys, complied with the requirements of Rule 11 of the Federal Rules of Civil Procedure at all times in this action and, in particular, with respect to "any complaint, responsive pleading or dispositive motion" in this action.

3.      Lead Plaintiffs have waived all rights to appeal this Order, the Court's December 10, 2020 Order (ECF No. 55), and any other order in this action; and

4.      Each of the Parties shall bear his or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: _____, 2021

By _____
Hon. R. Gary Klausner
United States District Judge

[PROPOSED] FINAL JUDGMENT
2:20-CV-04673-RGK-AS